UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
CONNEX ONE, INC.,                                                       :
:
Plaintiff,                        :              26-CV-3627 (JMF)
:
-v-                              :              ORDER
:
FOCUS SERVICES, LLC,                                                   :
:
Defendant.                        :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 29, 2026, Plaintiff-Counterclaim Defendant Connex One, Inc. ("Connex") filed a motion to dismiss, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, counterclaims filed by Defendant-Counterclaim Plaintiff Focus Services, LLC ("Focus").  Under Rule 15(a)(1)(B), a party has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the pleading once as a matter of course.

Accordingly, it is hereby ORDERED that Focus shall file any amended pleading by **June 19, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended pleading should be filed with a redline showing all differences between the original and revised filings.  Focus will not be given any further opportunity to amend the counterclaims to address issues raised by the motion to dismiss.

If Focus does amend, by three (3) weeks after the amended complaint is filed, Connex shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Connex files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Connex files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any

opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended pleading is filed, Focus shall file any opposition to the motion to dismiss by **June 19, 2026**.  Connex's reply, if any, shall be filed by **June 26, 2026.**

Finally, it is further ORDERED that the initial pretrial conference previously scheduled for June 18, 2026, is hereby adjourned until **July 16, 2026**, at **9:00 a.m.**

SO ORDERED.

Dated:  June 1, 2026
     New York, New York

                      JESSE M. FURMAN
                  United States District Judge